IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**SHANNON YOUNG,**

   **Plaintiff,**

**v.**                                                  **No. 2:25-cv-03087-SHL-cgc**

**APPLE INC.,**

   **Defendant.**

---

### ORDER TO SHOW CAUSE

---

Before the Court, by way of Administrative Order 2013-05[1], is the Motion to Dismiss filed on April 22, 2026 by Defendant Apple, Inc. (D.E. # 24)  Local Rule 12.1 provides that "[a] party opposing a motion to dismiss must file a response within 28 days after the motion is served."  To date, Plaintiff has not filed a response to the motion.

Accordingly, **the Court ORDERS Plaintiff to show cause <u>within fourteen (14) days of the entry of this Order</u>** as to why the Court should not consider the Motion on the record before it and file a Report and Recommendation recommending that the District Court enter an Order granting the Motion.  The Clerk of Court is directed to mail a copy of this Order to Plaintiff by U.S. Mail, return receipt requested.

---

[1] The instant case has been referred to the United States Magistrate Judge by Administrative Order pursuant to the Federal Magistrates Act, 28 U.S.C. §§ 631-639. All pretrial matters within the Magistrate Judge's jurisdiction are referred pursuant to 28 U.S.C. § 636(b)(1)(A) for determination, and all other pretrial matters are referred pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) for report and recommendation.

**FAILURE TO RESPOND TO THIS ORDER WILL RESULT IN A RECOMMENDATION FOR DISMISSAL OF THIS CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE.**

IT IS SO ORDERED this 30th day of June, 2026.

s/Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

2