**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SHANNON YOUNG,<br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-3087-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on pro se Plaintiff Shannon Young's Complaint for Damages, Declaratory Relief, and Injunctive Relief, (ECF No. 2), filed December 1, 2025,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation, Dismissing Plaintiff's Complaint with Prejudice, and Denying Motion for Leave to Amend (ECF No. 43), Plaintiff's claims in this matter are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 29, 2026
Date